IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-91-428-CR





TERRY EUGENE FOWLER,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0912291, HONORABLE JON N. WISSER, JUDGE



 





PER CURIAM

 A jury found appellant guilty of possessing less than twenty-eight grams of cocaine,
a controlled substance. Tex. Health & Safety Code Ann. § 481.115 (West 1992). The district
court assessed punishment at imprisonment for fifteen years.

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by advancing contentions which counsel says might arguably support the
appeal. See also Penson v. Ohio, 488 U.S. 75 (1988); Gainous v. State, 436 S.W.2d 137 (Tex.
Crim. App. 1969); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). A copy of counsel's brief was delivered to appellant, and appellant was advised of his
right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is frivolous and without merit. A discussion of the contentions advanced in counsel's brief would
serve no beneficial purpose.

 The judgment of conviction is affirmed.


[Before Justices Powers, Jones and Kidd]

Affirmed

Filed: August 26, 1992

[Do Not Publish]